# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-05-00689-CR

**Donald Raye Brown, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW OF COMAL COUNTY
### NO. 2005CR0830, HONORABLE BRENDA CHAPMAN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Donald Raye Brown seeks to appeal from a judgment of conviction for driving while intoxicated. The trial court has certified that this is a plea bargain case and Brown has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:  November 9, 2005

Do Not Publish